IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 92–cr–30004–MJR |
| | ) |
| HORATIO A. SUMRALL, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING *IFP* STATUS ON APPEAL

**REAGAN, District Judge:**

Because it concluded any appeal from the order denying Defendant's motion to Vacate, Set Aside, or Correct Sentence of Supervised Release would be frivolous, the Court (pursuant to 28 U.S.C. § 1915) twice denied Defendant leave to appeal *in forma pauperis* ("IFP"). In light of the Seventh Circuit's August 27 order, *see* Doc. 394-4, in which it clarifies that 18 U.S.C. § 3006A(a)(1)(E) mandates eligibility for appointed counsel regardless of a Defendant's intended issues for appeal (in other words, that the *Anders* process memorialized at Circuit Rule 51(b) trumps § 1915 and Fed. R. App. P. 24(a)(3)(A)), the undersigned **GRANTS (Doc. 394)** Defendant's Motion for Leave to Appeal IFP.[1]

    IT IS SO ORDERED.
    DATE: September 4, 2014        s/ *Michael J. Reagan*
                                        MICHAEL J. REAGAN
                                        United States District Judge

---

[1] The undersigned has already found Defendant indigent. *See* Doc. 390, 1.

1